**UNITED STATES of America, Plaintiff–Appellee,**

**v.**

**Jason Antwan WILLIAMS, Defendant–Appellant.**

**No. 15–7032.**

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 19, 2015.

Decided: Nov. 23, 2015.

Jason Antwan Williams, Appellant Pro Se. S. Katherine Burnette, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before NIEMEYER, KING, and HARRIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jason Antwan Williams appeals the district court's order denying relief on his motion for modification of sentence, 18 U.S.C. § 3582 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Williams,* No. 5:12–cr–00343–FL–1 (E.D.N.C. June 25, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*